SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

FILED
MAY 3 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § CRIMINAL NO. SA-06-CR-137-XR |
| Plaintiff, | § **FIRST SUPERSEDING INDICTMENT** |
| VS. | § [Vio: Ct. 1: 26 U.S.C. § 5861(d) - Possession of an Unregistered Firearm; |
| ALVARIO LARIOS, A.K.A. FLACO, | § Ct. 2: 21 U.S.C. § 841(a)(1) - Possession of Cocaine with Intent to Distribute; |
| Defendant. | § Ct. 3: 18 U.S.C. § 924(c)(1) - Possession of a Destructive Device in Furtherance of a Drug Trafficking Crime; |
| | § Ct. 4: 18 U.S.C. § 922(g)(5)(A) - Possession of a Firearm by an Illegal Alien] |

THE GRAND JURY CHARGES:

COUNT ONE
[26 U.S.C. § 5861(d)]

That on or about March 1, 2006, within the Western District of Texas, the Defendant,

**ALVARO LARIOS,
A.K.A. FLACO,**

knowingly possessed a firearm, namely, a destructive device, to wit: 15 grenades not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

COUNT TWO
[21 U.S.C. § 841(a)(1)]

That on or about March 1, 2006, within the Western District of Texas, the Defendant,

**ALVARO LARIOS,
A.K.A. FLACO,**

unlawfully, knowingly, and intentionally distribute a controlled substance, which offense involved less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C).

## COUNT THREE
[18 U.S.C. § 924(c)(1)]

That on or about March 1, 2006, within the Western District of Texas, the Defendant,

**ALVARO LARIOS,
A.K.A. FLACO,**

during and in relation to a drug trafficking crime, specifically, the distribution of a controlled substance charged in Count Two, and incorporated by reference herein, and in furtherance of such crime used and possessed a firearm, namely, a destructive device, to wit: 15 grenades, in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT FOUR
[18 U.S.C. § 922(g)(5)(A)]

That on or about March 1, 2006, within the Western District of Texas, the Defendant,

**ALVARO LARIOS,
A.K.A. FLACO,**

who being an alien illegally or unlawfully in the United States, did knowingly possess in and affecting commerce a firearm, namely, a destructive device, to wit: 15 grenades in violation of Title 18, United States Code, Section 922(g)(5)(A).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
Don J. Calvert
Assistant United States Attorney

2