FORM FOR MOTIONS UNDER 28 U.S.C. §2255

**FILED**

Name **Alvaro Larios**

OCT 2 9 2007

Prison Number **67226180**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Place of Confinement **Three Rivers F.C.I.**

United States District Court **Western** District of **Texas**

Case No. **SA0639M** (to be supplied by Clerk of Court)

United States, **SA06 CR 137 (1)**

v. **SA07CA0881 XR**

**Alvaro Larios**

(full name of movant)

(If movant has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

### MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

### INSTRUCTIONS--READ CAREFULLY

(1) This motion must be legibly handwritten or typewritten, signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they shoud be submitted in the form of a separate memorandum.

(3) Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to

the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each judgment.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

(7) When the motion is fully completed, the <u>original</u> and <u>two</u> <u>copies</u> must be mailed to the Clerk of the United States District Court whose address is _727 E. Durango Blvd., Room-310_ _San Antonio, TX 78206-1200_

(8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

## MOTION

1. Name and location of court which entered the judgment of conviction under attack _Western District of Texas_

2. Date of judgment of conviction _12-8-2006_

3. Length of sentence _25 years_   Sentencing Judge _Rodriguez, X_

4. Nature of offense or offenses for which you were convicted _Possess a destructive device which is not registered_

5. What was your plea?  (Check one)
   (a)  Not guilty  (  )
   (b)  Guilty  (X)
   (c)  Nolo contendere  (  )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. Kind of trial: (check one)
   (a) Jury ( )
   (b) Judge only (X)

7. Did you testify at the trial? Yes ( ) No (X)

8. Did you appeal from the judgment of conviction? Yes ( ) No (X)

9. If you did appeal, answer the following:
   (a) Name of court _____
   (b) Result _____
   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court? Yes ( ) No (X)

11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of court _____
        (2) Nature of proceeding _____
        (3) Grounds raised _____
            _____
            _____
            _____
            _____
            _____
            _____
        (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (X)
        (5) Result _____
        (6) Date of result _____
    (b) As to any second petition, application or motion give the same information:
        (1) Name of court _____
        (2) Nature of proceeding _____
        (3) Grounds raised _____
            _____
            _____
            _____
            _____
        (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (X)
        (5) Result _____
        (6) Date of result _____
    (c) As to any third petition, application or motion, give the same information:
        (1) Name of court _____

3

    (2)  Nature of proceeding _____

    (3)  Grounds raised _____

                      _____

                      _____

                      _____

                      _____

    (4)  Did you receive an evidentiary hearing on your petition, appli-
          cation or motion?  Yes (  )  No  (X)

(d)  Did you appeal, to an appellate federal court having jurisdiction, the
    result of action taken on any petition, application or motion?
    (1)  First petition, etc.      Yes (  )  No  (X)
    (2)  Second petition, etc.    Yes (  )  No  (X)
    (3)  Third petition, etc.     Yes (  )  No  (X)

(e)  If you did <u>not</u> appeal from the adverse action on any petition,
    application or motion, explain briefly why you did not:

                    _____

                    _____

                    _____

                    _____

                    _____

12.  State <u>concisely</u> every ground on which you claim that you are being held
    unlawfully.  Summarize briefly the facts supporting each ground.  If
    necessary, you may attach pages stating additional grounds and facts support-
    ing same.

    CAUTION:  If you fail to set forth all grounds in this motion, you may be
                barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised
    grounds for relief in these proceedings.  Each statement preceded by a
    letter constitutes a separate ground for possible relief.  You may raise any
    grounds which you have other than those listed.  However, <u>you should raise
    in this motion all available grounds</u> (relating to this conviction) on which
    you base your allegations that you are being held in custody unlawfully.

    If you select one or more of these grounds for relief, you must allege facts
    in support of the ground or grounds which you choose.  Do no check any of
    the grounds listed below.  The petition will be returned to you if you
    merely check (a) through (j) or any one of these grounds.

    (a)  Conviction obtained by plea of guilty which was unlawfully induced
          or not made voluntarily or with understanding of the nature of the
          charge and the consequences of the plea.
    (b)  Conviction obtained by use of coerced confession.
    (c)  Conviction obtained by use of evidence gained pursuant to an
          unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

NOTE: If Petitioner asserts denial of effective assistance of counsel (ground "i"), he must describe with particularity the factual basis for his claim (e.g., lawyer failed to raise insanity defense), and he must describe the prejudice allegedly suffered as a result of the denial of effective assistance of counsel (e.g., convicted of crime that Petitioner lacked the mental capacity to commit).

A.   Ground one: _Denial of effective assistance of Counsel_

Supporting FACTS (tell your story briefly without citing cases or law): I beleave my lawyer Jaime F. Guazos didn't do his Job because we never had a good understanding when I first came in front of you honor you told me tha my entered didn't carry more than 10 years and I end up getting 25 years my lawyer told me that he couldn't do Nothing because you were the one that had the last word I beleave I deserve a less sentence so I pray that my request is grant

_____
_____

B.   Ground two: _____

Supporting FACTS (tell your story briefly without citing cases of law): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

C.   Ground three: _____
_____

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law): _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

D.   Ground four: _____
_____

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law): _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13.  If any of the grounds listed in 12A, B, C and D were not previously presented, state <u>briefly</u> what grounds were not so presented, and give your reasons for not presenting them: _____

_____
_____
_____
_____
_____
_____

14.  Do you have any petition or appeal now pending in any court as to the judgment under attack? Yes ( )  No (X)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing _Jaime E. Cavazos_
    _800 Dolorosa Suite 105 San Antonio, TX 78207_
    (b) At arraignment and plea _Same_
    (c) At trial _Same_
    (d) At sentencing _Same_
    (e) On appeal _N/A_
    (f) In any post-conviction proceeding _N/A_
    (g) On appeal from any adverse ruling in a post-conviction proceeding
    _N/A_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time? Yes ( ) No (X)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes ( ) No (X)
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) And give date and length of sentence to be served in the future: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes ( ) No (X)


    Wherefore, movant prays that the court grant him all relief to which he may be entitled in this proceeding.

    Executed at _Three Rivers / Three Rivers, TX_
    City, County, State


    I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _10-15-2007_
    (Date)


    _Alvaro Larios_
    Signature of Movant

7