UNITED STATES DISTRICT COURT
WESTERN DISTRICT of TEXAS
SAN ANTONIO DIVISION

FILED
JAN - 3 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | § § | |
| Plaintiff-Respondent | § § | Civil Action No. SA-07-CA-881-XR |
| v. | § § | Criminal Case |
| ALVARO LARIOS, | § § | No. SA-06-CR-137-XR |
| Defendant-Movant | § § | |

# JUDGMENT

Pursuant to this Court's Dismissal Order, Defendant Alvaro Larios's 28 U.S.C. § 2255 Motion to Vacate Federal Sentence is **DENIED** and **DISMISSED**.

DATED: January  3 , 2008

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE