SA06CR137-XR

Alvaro Larios
Register No. 67226-180
Federal Correctional Institution
P.O. Box 7000
Texarkana, TX 75505-7000

**FILED**

JAN 20 2015

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

William G. Putnicky
District Clerk
655 E. Cesar E. Chavez BLVD
ROOM G65
San Antonio, TX 78206

January 12, 2015

Dear Court Clerk,

My reason for writing is due to the recently passed two point level reduction U.S.S.G. Amendment 782. I wanted to know if this District Court had a system in place to automatically give drug offenders that are eligible their two point level reduction or will each offender have to file on his own. If the later is the case then I would like to ask the court to please appoint me counsel to help assist me on this issue. Below I have included general information pertaining my case if any is needed. Thank you in advance for your time and help. May GOD bless you and keep you.

Sincerely,

*Alvaro Larios*

Alvaro Larios

Alvaro Larios
FBOP # 67226-280
Court of Jurisdiction : Texas, Western District
Docket Number : 5:06-mj-00139
Judge : Xavier Rodriguez
Off/CHG : 18:924c.f Violent Crime/Drugs/Machine Gun
    Possession of a destructive device in furtherance of drug trafficking Crime
SENTENCED IMPOSED : 300 MONTHS

Alvaro Larios
Reg. No. 67226-180
Federal Correctional Institution
P.O. Box 7000
Texarkana, TX 75505

William G. Purnicky
District Clerk
655 E. Cesar E. Chavez BLVD
San Antonio, TX 78206

RECEIVED
JAN 20 2015
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

