IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 15-50720

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

ALVARO LARIOS, also known as Flaco,

    Defendant - Appellant

A True Copy
Certified order issued Nov 19, 2015

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court for the
Western District of Texas, San Antonio
5:06-CR-137-1-XR

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of November 19, 2015, for want of prosecution. The appellant failed to timely pay docketing fee and failed to file appellant's brief.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Peter A. Conners, Deputy Clerk

**ENTERED AT THE DIRECTION OF THE COURT**